315

No. 62147.—J. H. Brown et al. *v.* United States, protests 217266–K, etc. (El Paso).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

No. 62148.—Joseph H. Brown et al. *v.* United States, protests 219786–K, etc. (El Paso).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

No. 62149.—Brown, Alcantar & Brown, Inc. *v.* United States, protests 239833–K, etc. (El Paso).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. 62150.—International Packers Commercial Co., Inc., et al. *v.* United States, protests 297511–K, etc. (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for,

similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, JUNE 30, 1958

**No. 62151.**—Chong Kee Jan Co., Inc. *v.* United States, protest 320797–K (San Francisco).

Opinion by MOLLISON, J.   In accordance with oral stipulation of counsel that the plastic mahjong sets and chopsticks are composed of a "synthetic resin of phenol-formaldehyde type containing no filler material" and that Abstract 54617 is controlling of the situation, the claim of the plaintiff was sustained.

**No. 62152.**—Abercrombie & Fitch Co. *v.* United States, protest 280228–K (New York).

Opinion by MOLLISON, J.   At the trial, the examiner testified that the shoe (exhibit 1) appears to be of sewed welt construction.   On the record presented, the claim of the plaintiff was sustained.

**No. 62153.**—Imperial International Corp. *v.* United States, protests 307209–K, etc. (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

**No. 62154.**—Carole Stupell, Ltd., and Trans-World Shipping Corp. *v.* United States, protests 312800–K and 314039–K (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

**No. 62155.**—Wm. M. Turner *v.* United States, protest 315343–K (Seattle).

Opinion by MOLLISON, J.   The protest was dismissed.